**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000423**
**17-JUN-2026**
**08:41 AM**
**Dkt. 52 OAWST**

NO. CAAP-25-0000423

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NICHOLAS D. BURNS, Petitioner-Appellant,
v.
STATE OF HAWAIʻI, Respondent-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPN-23-0000002)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of the May 5, 2026 Stipulation for Dismissal of Appeal filed by Petitioner-Appellant Nicholas D. Burns (**Burns**), and the record, it appears that: (1) the appeal has been docketed, (2) the parties stipulate to dismiss the appeal and that no fees or costs are outstanding, (3) the stipulation is dated and signed by counsel for all parties, (4) the stipulation is supported by Burns's declaration that reflects a knowing and intelligent understanding of the consequences of the dismissal and that the withdrawal is made

voluntarily, and (5) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 17, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge